**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DAVID RICE,

        Plaintiff,

v.                                     Case No: 6:16-cv-290-Orl-40DAB

METROPLEX CORPORATION,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Proceed in forma pauperis (Doc. 2) filed on February 19, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 13, 2016 (Doc. 4), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed *in forma pauperis* (Doc. 2) is **DENIED without prejudice to amend**.

3. The Complaint is **DISMISSED, with leave to amend**. Plaintiff may file an Amended Complaint that complies with the pleading standards and states a cognizable claim within the jurisdiction of this court on or before May 18, 2016.

**DONE AND ORDERED** in Orlando, Florida on May 2, 2016.

                                      PAUL G. BYRON
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties