UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID RICE,

        Plaintiff,

v.                                            Case No: 6:16-cv-290-Orl-40DCI

METROPLEX CORPORATION,

        Defendant.
_____/

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 36) filed on May 15, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report (Doc. 38) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 30, 2017 (Doc. 37), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 36) is **GRANTED**. The confidentiality provision, Doc. 36-1 ¶ 7(a)-(c) is **STRICKEN** from the agreement (Doc. 36-1). The agreement (Doc. 36-1) is otherwise found to be a fair and reasonable settlement of Plaintiff's FLSA claim.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 17, 2017.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties